IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| DEALER COMPUTER SERVICES, INC. | ) | |
| f/k/a FORD DEALER COMPUTER | ) | |
| SERVICES, INC., a Delaware corporation, | ) | |
| | ) | |
| Plaintiff and Judgment Creditor, | ) | |
| | ) | |
| v. | ) | NO. 3:10-mc-00002-CDL |
| | ) | |
| CLAUDE RAY FORD SALES, INC., a | ) | |
| Georgia corporation, | ) | |
| | ) | |
| Defendant and Judgment Debtor. | ) | |

STATE OF GEORGIA     )
                            ) SS.
COUNTY OF FULTON   )

**AFFIDAVIT OF YENDELELA NEELY ANDERSON
REGARDING ATTORNEY'S FEES AND COSTS IN SUPPORT OF
PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S DISOBEDIENCE OF
THE COURT'S POST-JUDGMENT DISCOVERY ORDER**

Personally appeared before me, the undersigned attesting officer duly authorized to

administer oaths, YENDELELA NEELY ANDERSON, who, after being duly sworn, stated

under oath as follows:

1.     My name is YENDELELA NEELY ANDERSON. I am over the age of 21 years,

suffering from no known disabilities, and am otherwise competent to testify. I have been

licensed to practice law in the State of Georgia since 2006. I am an associate with the law firm

of Kilpatrick Townsend & Stockton LLP.

2.     Burleigh L. Singleton, a partner with Kilpatrick Townsend & Stockton LLP, and I

have been retained by John C. Allen, P.C. to serve as local counsel for Dealer Computer

Services, Inc. ("Dealer") in the above-captioned matter. In this capacity, I have personal

knowledge of the facts contained herein and the documents attached hereto, and confirm that those facts and documents are true and correct.

3. On March 15, 2010, the United States District Court for the Southern District of Texas entered a Final Default Judgment in favor of Dealer and against Claude Ray Ford Sales, Inc. ("Claude Ray Ford") in the matter of *Dealer Computer Services, Inc. f/k/a Ford Dealer Computer Services, Inc. v. Claude Ray Ford Sales, Inc.*, Case Number 4:09-cv-3328. Dealer registered the Final Default Judgment with this Court on April 20, 2010.

4. On July 6, 2010, and again on July 15, 2010, Dealer served Claude Ray Ford with Plaintiff's First Request for Production of Documents. Claude Ray Ford failed to respond to these requests in the time required by law. After unsuccessfully attempting to resolve this discovery dispute, Dealer moved to compel Claude Ray Ford to produce documents and information responsive to Dealer's discovery requests on October 29, 2010. Dealer incurred $4,286.50 in attorneys' fees and $108.71 in legal expenses related to the motion to compel.

5. On December 6, 2010, this Court issued an Order compelling Claude Ray Ford to "respond to [Dealer's] document requests by 5:00 p.m. on January 7, 2011." The Court further ruled that "if [Claude Ray Ford] fail[ed] to comply with this order, *such fees and expenses* [incurred by Dealer in bringing the motion to compel] *shall be assessed against Defendant* along with other more serious sanctions." (Emphasis added).

6. Claude Ray Ford failed to comply with the Court's January 7, 2011 deadline, and Dealer moved for sanctions on February 2, 2011. Dealer incurred $2,885.00 in attorneys' fees and $291.50 in legal expenses related to the motion for sanctions.

7. On February 16, 2011, this Court issued an Order requiring Claude Ray Ford to appear at 11:00 a.m. on March 30, 2011 "at the United States Courthouse, 115 East Hancock

Avenue, Second Floor, Athens, Georgia 30601, to show cause why [Claude Ray Ford] should not be held on contempt of Court for failing to comply with the Court's Order dated December 6, 2010" (the "Show Cause Hearing").

8.    I represented Dealer at the Show Cause Hearing. Dealer incurred $4,149.50 in attorneys' fees and $277.06 in legal expenses related to the Show Cause Hearing.

9.    As demonstrated above, from March 19, 2010 through March 31, 2011, Dealer has incurred a total of $11,321.50 in attorneys' fees and $677.27 in legal expenses in obtaining the discovery necessary to enforce the Final Default Judgment. These fees and expenses include preparation of the Motion to Compel and supporting documents, preparation of the Motion for Sanctions and supporting documents, preparation for the Show Cause Hearing, and correspondence regarding the motions and hearing. A true and correct copy of the invoices issued to Dealer by Kilpatrick Townsend & Stockton LLP and John C. Allen, P.C. related to this action are attached hereto as Exhibits 1 and 2. Privileged information has been redacted from these invoices.

10.    I have reviewed all of the invoices issued to Dealer by Kilpatrick Townsend & Stockton LLP and John C. Allen, P.C. in connection with this matter. Based on my experience as an attorney in Georgia, the legal fees incurred by Dealer are reasonable based on the complexity of this matter, the rates for attorneys in the jurisdiction, and the experience of the attorneys representing Dealer.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Yendelela Neely Anderson

Sworn to and subscribed before me
This 11th day of May, 2011.

_____
Notary Public
My Commission expires: 2/23/2015

EXHIBIT 1



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**www.kilpatricktownsend.com**
**Fed I.D. 58-0511774**

January 24, 2011

DEALER COMPUTER SERVICES, INC.
C/O AARON D. WEINBERG, ESQ.
JOHN C. ALLEN, ESQ.
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

| | |
|---|---|
| Client: | 49123 |
| Matter: | 389934 |
| Invoice #: | 11154506 |

RE: CLAUDE RAY FORD

**For Professional Services Through December 31, 2010:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 12/06/2010 | YMN | Review order granting motion to compel; correspondence with Mr. Phelps regarding order granting motion to compel; correspondence with Mr. Allen regarding order granting motion to compel. | 0.60 | 171.00 |
| 12/06/2010 | BLS | Review order; conference with Ms. Neely regarding same and litigation strategy. | 0.30 | 142.50 |

| | |
|---|---|
| **Total Fees** | **$313.50** |

**TOTAL AMOUNT DUE THIS INVOICE**     **$313.50**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

ATLANTA AUGUSTA CHARLOTTE DENVER DUBAI NEW YORK OAKLAND PALO ALTO RALEIGH SAN DIEGO SAN FRANCISCO SEATTLE STOCKHOLM TAIPEI TOKYO WALNUT CREEK WASHINGTON, DC WINSTON-SALEM


# KILPATRICK STOCKTON LLP

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

December 11, 2010

DEALER COMPUTER SERVICES, INC.
C/O AARON D. WEINBERG, ESQ.
JOHN C. ALLEN, ESQ.
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

| | |
|---|---|
| Client: | 49123 |
| Matter: | 389934 |
| Invoice #: | 11148150 |

RE:   CLAUDE RAY FORD

**For Professional Services Through November 30, 2010:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 10/29/2010 | YMN | Update from Ms. Robertgs; review and finalize material supporting documents. | 0.40 | 114.00 |
| 10/29/2010 | MLR | Review and revise motion and memorandum in support; conference with Mr. Singleton regarding declaration; update Ms. Neely; electronically file motion to compel and supporting documents; serve paper copies via mail. | 1.00 | 185.00 |
| | | **Total Fees** | | **$299.00** |

*Other Charges:*

| | |
|---|---|
| Long Distance Charges | 3.96 |
| Facsimile Charges | 1.50 |
| **Total Other Charges** | **$5.46** |

**TOTAL AMOUNT DUE THIS INVOICE**          **$304.46**

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM


**KILPATRICK
STOCKTON** LLP

Attorneys at Law

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta Georgia 30394*
*Telephone (866)244-4934*
**www.kilpatrickstockton.com**
**Fed I.D. 58-0511774**

November 5, 2010

DEALER COMPUTER SERVICES, INC.
C/O AARON D. WEINBERG, ESQ.
JOHN C. ALLEN, ESQ.
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

| | |
|---|---|
| Client: | 49123 |
| Matter: | 389934 |
| Invoice #: | 11143787 |

RE:   DEALER COMPUTER SERVICES, INC. FKA FORD DEALER C

**For Professional Services Through October 31, 2010:**

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 10/14/2010 | MLR | Conference with Mr. Singleton regarding correspondence to defendants for motion to compel. | 0.20 | 37.00 |
| 10/22/2010 | MLR | Correspondence regarding discovery requests; forward copies of same to dealership and to recipients' home addresses. | 0.50 | 92.50 |
| 10/22/2010 | BLS | Review file; review and revise motion to compel; correspondence to Defendant to resolve discovery dispute. | 0.80 | 380.00 |
| 10/25/2010 | YMN | Conference with Mr. Singleton and Ms. Roberts regarding discovery issues and motion to compel; correspondence with Mr. Allen regarding status. | 0.40 | 114.00 |
| 10/25/2010 | MLR | Forward documents to Mr. Phelps; conference with Ms. Neely and Mr. Singleton regarding discovery. | 0.70 | 129.50 |
| 10/29/2010 | YMN | Correspondence with Clerk of Court for the Middle District of Georgia regarding case; review and revise B. Singleton Declaration; review and revise Memorandum of Law in Support of Motion to compel; review and revise Motion to Compel. | 2.80 | 798.00 |

|  |  |  |  |  |
|---|---|---|---|---|
| | **Total Fees** | | | **$1,551.00** |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt.  1% interest per month charged on balances after 30 days.*

ATLANTA  AUGUSTA  CHARLOTTE  DUBAI  NEW YORK  RALEIGH  STOCKHOLM  WASHINGTON  WINSTON-SALEM

*Other Charges:*

| | | |
|---|---|---:|
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to Claude Ray Ford Sales, Inc ( Claude Ray) in ELBERTON GA on 10/22/10 Tracking #794041350201 | 8.86 |
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to Claude Ray Ford Sales, Inc ( Jason P Ray) in ELBERTON GA on 10/22/10 Tracking #794041354089 | 8.86 |
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to Claude Ray Ford Sales, Inc ( Thomas D  Ray) in ELBERTON GA on 10/22/10 Tracking #796373874231 | 8.86 |
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to ( Jason P  Ray) in ELBERTON GA on 10/22/10 Tracking #796373882457 | 12.69 |
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to ( Thomas D  Ray) in ELBERTON GA on 10/22/10 Tracking #796373884563 | 12.69 |
| 10/29/2010 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to ( Claude E  Ray) in ATHENS GA on 10/22/10 Tracking #796373886485 | 9.72 |
| | Document Reproduction | 1.50 |
| | **Total Other Charges** | **$63.18** |

**TOTAL AMOUNT DUE THIS INVOICE**                          **$1,614.18**



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**www.kilpatricktownsend.com**
**Fed I.D. 58-0511774**

February 17, 2011

DEALER COMPUTER SERVICES, INC.
C/O AARON D. WEINBERG, ESQ.
JOHN C. ALLEN, ESQ.
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

Client:       49123
Matter:      389934
Invoice #:   11159095

RE:   CLAUDE RAY FORD

**For Professional Services Through January 31, 2011:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| | | Redacted | | |
| 01/11/2011 | YMN | Correspondence with Mr. Allen regarding defendant's failure to comply with court's discovery order. | 0.20 | 59.00 |
| 01/21/2011 | YMN | Correspondence with Mr. Daugherty regarding defendant's failure to comply with court's discovery order. | 0.30 | 88.50 |
| | | Redacted | | |
| 01/26/2011 | YMN | Correspondence with Judge's clerk regarding Claude Ray Ford's failure to comply with order granting motion to compel; correspondence with Mr. Singleton regarding same. | 0.70 | 206.50 |
| 01/28/2011 | YMN | Research Middle District case law   Redacted   : review and analyze same; draft motion for contempt; draft memorandum of law in support of motion for contempt. | 3.60 | 1,062.00 |
| 01/31/2011 | YMN | Correspondence with Mr. Singleton regarding motion for contempt and supporting memorandum. | 1.30 | 383.50 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

ATLANTA  AUGUSTA  CHARLOTTE  DENVER  DUBAI  NEW YORK  OAKLAND  PALO ALTO  RALEIGH  SAN DIEGO  SAN FRANCISCO  SEATTLE  STOCKHOLM  TAIPEI  TOKYO  WALNUT CREEK  WASHINGTON, DC  WINSTON-SALEM

|                 | **Total Fees**                        | **$1,999.50** |
| --------------- | ------------------------------------- | ------------- |

*Other Charges:*

| 01/28/2011 | Westlaw On-Line Legal Research     | 20.74   |
| ---------- | ---------------------------------- | ------- |
|            | Document Reproduction              | 1.80    |
|            | **Total Other Charges**            | **$22.54** |

| **TOTAL AMOUNT DUE THIS INVOICE** | **$2,022.04** |
| --------------------------------- | ------------- |



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**www.kilpatricktownsend.com**
**Fed I.D. 58-0511774**

March 18, 2011

DEALER COMPUTER SERVICES, INC.      Client:    49123
C/O AARON D. WEINBERG, ESQ.       Matter:   389934
JOHN C. ALLEN, ESQ.             Invoice #:  11165495
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

RE:   CLAUDE RAY FORD

### For Professional Services Through February 28, 2011:

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 02/02/2011 | YMN | Draft declaration of Y. Neely; revise memorandum of law in support of motion for sanctions; coordinate filing of motion for sanctions. | 0.90 | 265.50 |
| 02/02/2011 | MLR | Review and revise motion for sanctions and supporting documents; electronically file same with the Court; forward filed copies to Mr. Daugherty and Mr. Allen. | 0.90 | 180.00 |
| 02/02/2011 | BLS | Review motion and supporting doocuments. | 0.40 | 198.00 |

**Redacted**

| | | | | |
|------|----------|-------------|-------|--------|
| 02/16/2011 | YMN | Review Show Cause Order; correspondence with Mr. Allen and Mr. Daughtery regarding same. | 0.30 | 88.50 |
| 02/16/2011 | BLS | Review order; update client; conference with Ms. Neely regarding hearing strategy. | 0.30 | 148.50 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

|  | **Total Fees** | **$1,268.00** |
|---|---|---|

*Other Charges:*

| 02/11/2011 | Federal Express from Kilpatrick Stockton LLP (HARRIS & LIKEN) to KILPATRICK STOCKTON LLP ( MONICA ROBERTS) in ATLANTA GA on 02/07/11 Tracking #873802133029 (no matter # provided) | 21.97 |
|---|---|---|
| 02/25/2011 | Federal Express from Kilpatrick Stockton LLP (Monica Roberts) to John C Allen, a Professiona John Daugherty) in HOUSTON TX on 02/17/11 Tracking #794440244701 | 44.34 |
|  | Document Reproduction | 202.65 |
|  | **Total Other Charges** | **$268.96** |

**TOTAL AMOUNT DUE THIS INVOICE**                    **$1,536.96**



**KILPATRICK TOWNSEND**

ATTORNEYS AT LAW

*Please Remit Payments Only To:*
*P.O. Box 945614*
*Atlanta, Georgia 30394*
*Telephone (866) 244-4934*
**www.kilpatricktownsend.com**
**Fed I.D. 58-0511774**

April 12, 2011

DEALER COMPUTER SERVICES, INC.          Client:      49123
C/O AARON D. WEINBERG, ESQ.             Matter:      389934
JOHN C. ALLEN, ESQ.                     Invoice #:   11168906
TWO HOUSTON CENTER
909 FANNIN, SUITE 1225
HOUSTON, TX 77010

RE:   CLAUDE RAY FORD

**For Professional Services Through March 31, 2011:**

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/09/2011 | YMN | Review Order of Referral; correspondence with Ms. Allen regarding same. | 0.30 | 88.50 |
| | | **Redacted** | | |
| 03/17/2011 | BLS | Review order; update Mr. Allen; conference with Ms. Neely. | 0.30 | 148.50 |
| 03/22/2011 | BLS | Conference with opposing counsel; review correspondence from opposing counsel; conference with Mr. Daughtery. | 1.10 | 544.50 |
| 03/28/2011 | YMN | Review correspondence from Messrs. Phelps and Singleton regarding document production; correspondence with Mr.. Phelps regarding show cause hearing. | 0.40 | 118.00 |
| 03/29/2011 | YMN | Draft declaration of Mr.. Singleton regarding document production conversations with Defendant's counsel; conference with Mr. Phelps regarding intention to proceed with show cause hearing; conference with Mr. Graves regarding document production and show cause hearing; prepare exhibits and documents for show cause hearing. | 2.70 | 796.50 |
| 03/29/2011 | MLR | Prepare documents for Ms. Neely to be used for hearing. | 0.80 | 160.00 |

*Amounts are calculated per entry, rounding discrepancies may occur in summaries or totals as a result of prearranged discounts.*

*Other Charges include a reasonable allocation of related overhead expenses.*
*Due and Payable upon receipt. 1% interest per month charged on balances after 30 days.*

| Date | Initials | Description | Hours | Amount |
|------|----------|-------------|-------|--------|
| 03/30/2011 | YMN | Prepare for hearing; conference with Mr.. Graves regarding document production; review documents for compliance with request for production; appear at Show Cause Hearing; conference with Mr. Singleton regarding show cause hearing; correspondence with Mr. Allen regarding same. | 3.90 | 1,150.50 |
| 03/30/2011 | MLR | Conference with Ms. Neely regarding hearing and documents produced; conference with copy vendor regarding documents produced by defendants. | 0.40 | 80.00 |
| 03/31/2011 | MLR | Forward original production documents to Mr. Graves; forward a copy of same to Mr. Allen; download minute entry and order from court docket. | 0.60 | 120.00 |

|  | **Total Fees** | **$3,246.50** |
|--|----------------|---------------|

*Other Charges:*

| Document Reproduction | 8.10 |
|-----------------------|------|
| **Total Other Charges** | **$8.10** |

**TOTAL AMOUNT DUE THIS INVOICE**                                    **$3,254.60**


EXHIBIT 2

 

JOHN C. ALLEN, P.C.
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Universal Computer Services, Inc.
6700 Hollister
Houston TX 77040

ATTN: Mr. Scott Cherry

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

|  |  |  | HOURS |  |
|---|---|---|---|---|
| 08/25/2010 |  |  |  |  |
|  | **Redacted** |  |  |  |
| 08/27/2010 |  |  |  |  |
| JWD | Legal research; draft motion to compel and memorandum of law; review materials from local counsel |  | 4.50 | 945.00 |
|  | FOR LEGAL SERVICES RENDERED |  | 5.10 | 1,095.00 |
|  | Photocopies |  |  | 36.75 |
|  | TOTAL EXPENSES THRU 08/31/2010 |  |  | 36.75 |
|  | PREVIOUS BALANCE |  |  | $272.00 |
|  | TOTAL CURRENT WORK |  |  | 1,131.75 |
| 08/24/2010 | Payment - Thank You. |  |  | -272.00 |
|  | BALANCE DUE |  |  | $1,131.75 |

Please reference your account and statement number on your
check.

Thank You!

 

JOHN C. ALLEN, P.C.
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Universal Computer Services, Inc.                                    10/01/2010
6700 Hollister                          ACCOUNT NO:      548-371M
Houston TX 77040                        STATEMENT NO:         40

ATTN: Mr. Scott Cherry


Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07



|  |  | HOURS |  |
|---|---|---|---|
| **09/07/2010** | | | |
| JWD | Draft memorandum; draft motion to compel; draft proposed order; legal research; assemble exhibits for motion to compel | 3.10 | 651.00 |
| **09/09/2010** | | | |
| JWD | PACER computer record searches; draft affidavit for Mr. Singleton | 0.50 | 105.00 |
| **09/21/2010** | | | |
| JCA | Review and revise motion to compel production of documents | 0.40 | 100.00 |
| JWD | Draft affidavit in connection with motion to compel; revise motion to compel | 0.50 | 105.00 |
| | FOR LEGAL SERVICES RENDERED | 4.50 | 961.00 |

|  |  |
|---|---|
| Photocopies | 1.00 |
| PACER - computer record searches | 2.32 |
| TOTAL EXPENSES THRU 09/30/2010 | 3.32 |
| PREVIOUS BALANCE | $1,131.75 |
| TOTAL CURRENT WORK | 964.32 |

09/21/2010    Payment - Thank You.                              -1,131.75


                    BALANCE DUE                              $964.32



JOHN C. ALLEN, P.C.
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Universal Computer Services, Inc.
6700 Hollister
Houston TX 77040

ACCOUNT NO:   548-371M
STATEMENT NO:      43

ATTN: Mr. Scott Cherry

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

| | | HOURS | |
|---|---|---|---|
| 12/07/2010 | | | |
| JCA | Receipt and review of court's order regarding motion to compel | 0.30 | 75.00 |
| JWD | Review order regarding motion to compel | 0.20 | 42.00 |
| | FOR LEGAL SERVICES RENDERED | 0.50 | 117.00 |
| | PREVIOUS BALANCE | | $100.00 |
| | TOTAL CURRENT WORK | | 117.00 |
| 12/15/2010 | Payment - Thank You. | | -100.00 |
| | BALANCE DUE | | $117.00 |

Please reference your account and statement number on your
check.

Thank You!




JOHN C. ALLEN, P.C.
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Universal Computer Services, Inc.
6700 Hollister
Houston TX 77040

ATTN: Mr. Scott Cherry

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

|  |  | HOURS |  |
|---|---|---|---|
| 01/13/2011 | | | |
| JCA | Receipt and review of email concerning status of court's order compelling discovery | 0.40 | 100.00 |

**Redacted**

|  |  |  |  |
|---|---|---|---|
| 01/24/2011 | | | |
| JCA | Receipt and review of email regarding motion for sanctions for failure to produce documents; prepare response thereto | 0.40 | 100.00 |
|  | FOR LEGAL SERVICES RENDERED | 1.00 | 242.00 |
|  | PREVIOUS BALANCE | | $117.00 |
|  | TOTAL CURRENT WORK | | 242.00 |
| 01/19/2011 | Payment - Thank You. | | -117.00 |
|  | BALANCE DUE | | $242.00 |

Please reference your account and statement number on your
check.

Thank You!



**JOHN C. ALLEN, P.C.**
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Universal Computer Services, Inc.
6700 Hollister
Houston TX 77040

ATTN: Mr. Scott Cherry

Page: 1
03/02/2011
ACCOUNT NO:      548-371M
STATEMENT NO:           45

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

| Date | | Description | HOURS | |
|------|------|------|------|------|
| 02/01/2011 | | | | |
| | JCA | Review and revise motion for sanctions and brief in support thereof for failure to produce documents | 0.40 | 100.00 |
| | JWD | Review proposed sanctions motion | 0.20 | 42.00 |
| 02/03/2011 | | | | |
| | JCA | Receipt and review of motion for sanctions for failure to comply with prior court order; review motion and authorities in connection therewith | 0.50 | 125.00 |
| 02/14/2011 | | | | |
| | JCA | Telephone conference with                , regarding motion for sanctions and collection efforts | 0.30 | 75.00 |
| 02/16/2011 | | | | |
| | JWD | Review correspondence from local counsel and court order | 0.20 | 42.00 |
| 02/17/2011 | | | | |
| | JCA | Receipt and review of court's order compelling personal appearance on behalf of representatives of Claude Ray Ford; calendar same | 0.30 | 75.00 |
| 02/28/2011 | | | | |
| | JCA | Receipt and review of email regarding hearing on motion for contempt; prepare response thereto | 0.40 | 100.00 |
| | | FOR LEGAL SERVICES RENDERED | 2.30 | 559.00 |
| | | PREVIOUS BALANCE | | $242.00 |
| | | TOTAL CURRENT WORK | | 559.00 |

| | | | |
|------|------|------|------|
| 02/23/2011 | Payment - Thank You. | | |
| | | | -242.00 |

 

JOHN C. ALLEN, P.C.
Attorney at Law
909 Fannin
1225 Two Houston Center
Houston, Texas 77010
(713) 654-7000

Tax I.D. #76-0018272

Page: 1
04/05/2011
ACCOUNT NO: 548-371N
STATEMENT NO: 46

Universal Computer Services, Inc.
6700 Hollister
Houston TX 77040

ATTN: Mr. Scott Cherry

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

| | | | HOURS | |
|---|---|---|---|---|
| 03/09/2011 | | | | |

**Redacted**

| | | | | |
|---|---|---|---|---|
| 03/22/2011 | | | | |
| | JWD | Review emails; telephone call with local counsel | 0.40 | 84.00 |
| 03/27/2011 | | | | |
| | JCA | Receipt and review of emails regarding discovery, hearing on motion for contempt, and notice of hearing | 0.40 | 100.00 |
| 3/28/2011 | | | | |
| | JCA | Receipt and review of email from Mr. Singleton regarding motion for contempt; telephone conference with Mr. Singleton regarding proceeding with motion for contempt | 0.50 | 125.00 |
| | JWD | Review correspondence from local counsel; telephone conference with local counsel; research dealership status | 0.50 | 105.00 |
| 3/29/2011 | | | | |
| | JCA | Receipt and review of email regarding hearing on motion for contempt | 0.30 | 75.00 |
| 3/31/2011 | | | | |

**Redacted**

| | | | | |
|---|---|---|---|---|
| | FOR LEGAL SERVICES RENDERED | | 3.60 | 848.00 |

Universal Computer Services, Inc. 

Dealer Computer Services, Inc. f/k/a Ford Dealer
Computer Services, Inc. v. Claude Ray Ford, Inc.
Demand for Arbitration
Case #70 117 Y 00430 07

PREVIOUS BALANCE                                                    $559.00

TOTAL CURRENT WORK                                                   848.00

03/22/2011     Payment - Thank You.                                -559.00

BALANCE DUE                                                         $848.00

Please reference your account and statement number on your
check.

Thank You!

The undersigned hereby certifies that on May 11, 2011, the foregoing **AFFIDAVIT OF YENDELELA NEELY ANDERSON REGARDING ATTORNEY'S FEES AND COSTS IN SUPPORT OF PLAINTIFF'S MOTION FOR SANCTIONS FOR DEFENDANT'S DISOBEDIENCE OF THE COURT'S POST-JUDGMENT DISCOVERY ORDER** was electronically filed with the Clerk of Court using the CM/ECF system. The undersigned also certifies that the above-referenced document was mailed to Defendant, by first class United States Mail, postage prepaid this same day to the following addresses:

R. Daniel Graves, Esq.
Phelps & Campbell, LLP
313 Heard Street
P.O. Box 1056
Elberton, Georgia 30635
rdg@elberton.net

|  | /s/Yendelela N. Anderson |
|---|---|
| KILPATRICK TOWNSEND & STOCKTON LLP | Burleigh L. Singleton |
|  | Georgia Bar No. 649084 |
| 1100 Peachtree Street | Yendelela N. Anderson |
| Suite 2800 | Georgia Bar No. 424429 |
| Atlanta, Georgia 30309-4530 |  |
| (404) 815-6500 |  |
| bsingleton@KilpatrickTownsend.com |  |
| yanderson@KilpatrickTownsend.com | Counsel for Plaintiff |